**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | |
|---|---|
| MYLES RAMZEE, | : No. 100 MM 2018 |
| Petitioner | : |
| v. | : |
| COMMONWEALTH OF PENNSYLVANIA, | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 4th day of September, 2018, the "Petition for File Appeal *Nunc Pro Tunc*" is DENIED.